# EXHIBIT B

Case 1:16-cv-11874-JGD   Document 1-2   Filed 09/14/16   Page 1 of 3



*Endoscopic Instrumentation and Medical Imaging Solutions*

*Contact Us*

*1-800-388-6445*

Laparoscopic Instruments

Follow @SolosEndoscopy



**Mammoview ®**

**Complete Camera Systems**

**Cameras & Accessories**

**Endoscopic Instruments**

**Illumination**

**Instrument Handles**

**Insufflation**

**Laparoscopic Instruments**

**Rigid Scopes & Accessories**

**SteriTAP™**

**Trocars & Cannulas**

**Veterinary Instrumentation**

**Video Carts**

## Laparoscopic Instruments

### General Surgery Instruments

 **(GI 1050)** Glassman-type clamp, 20mm jaw, 5mm, standard handle

**(GI 1055)** Glassman-type clamp, 40mm jaw, 5mm, standard handle

**(GI 1065)** Glassman-type clamp, 40mm jaw, 5mm, ratchet handle

**(GI 1070)** Glassman-type clamp, 60mm jaw, 10mm, ratchet handle (replaced the GI 1068)

 **(GI 1075)** Debakey-type tissue forceps, 20mm jaw, 5mm, standard handle

**(GI 1085\*\*)** Endoscopic bowel bulldog clamp, 40mm jaw, 5mm

 **(GI 1086\*\*)** Endoscopic bowel bulldog clamp, 60mm jaw, 5mm

**(GI 1088)** Vascular and bowel bulldog clamp applier, 10mm, compression handle

**(GI 1090\*\*)** Endoscopic vascular bulldog clamp, 10mm jaw, 5mm

**(GI 1095\*\*)** Endoscopic vascular bulldog clamp, 10mm jaw, 5mm

 **(GI 1190)** Endoscopic vascular Allis clamp, 5mm, ratchet handle

 **(GI 1191)** Allis clamp, atraumatic, 5mm, ratchet handle

 **(GI 1195)** Endoscopic Allis clamp, 10mm, ratchet handle

 **(GI 1196)** Allis clamp, atraumatic, 10mm, ratchet handle

 **(GI 1275)** Debakey-type tisue forceps, 3mm wide jaw, standard handle, monopolar, insulated

\*\* Attachment clips used with GI 1088, clamp applier

**Click here for our SteriTAP™ Rotatable, Take Apart Instruments**

### Lymphadenectomy Instruments

 **(GU 1004)** Grasping forceps, 5mm, 27cm working length, standard handle, monopolar, insulated (shaft only)

 **(GU 1110)** Needle nose forceps, 5mm, 27cm working length, standard handle, monopolar, insulated

 **(GU 1540)** Spoon forceps, 10mm, spring handle

 **(GU 2210)** Serrated straight scissors, 5mm, 27cm working length, standard handle

### Gynecology Instruments

**Home Page**

**Quality**

**View Products**

**Ordering**
Find out how to order our products

**Equipment Repair**
Information about common repairs and product conditioning

**About Solos**
Our mission, history and how to reach us

**Warranty Information**
Read our product warranty information and policies

**Return Policy**
How to return a product

**Investor Relations**
1-617-360-9719

*Leading hospitals and clinics worldwide use Solos Endoscopic Systems to perform numerous minimally invasive endoscopic procedures.*

 **(GY 6100)** Bipolar connector cord, 12 feet (Valley Lab & Conmed/Birtcher)

**(GY 7500)** Heany clamp, 10mm, curved long jaw, ratchet handle

 **(GY 7550)** Endoscopic tenacullum clamp, straight jaw, 10mm, ratchet handle

## Thorascopy Instruments

 **(GS 1600)** Pennington style lung clamp, 10mm, ratchet handle

 **(GS 1605)** Pennington style lung clamp, 5mm, ratchet handle

 **(GS 1620)** Bronchus clamp, straight jaw, 10mm, ratchet handle

**(GS 1650)** Vascular occlusion clamp, 10mm, ratchet handle

**Solos Endoscopy, Inc.**

**Boston/Dedham Commerce Park
65 Sprague Street
Boston, MA 02136**

**Toll Free: 800-388-6445
Local: 617-360-9700
Fax: 617-360-9740**

Mission | Privacy
© 2001-2014 Solos Endoscopy, Inc.